PROB 48B
(9/00)

Page 2 of _____

| Last Name - CLAYTON |||
|---|---|---|
| **MONTHLY CASH FLOW STATEMENT** |||
| **Monthly Cash Inflows** |||
| Defendant | Gross | Net |
| Your Salary/Wages (List both monthly gross earnings and take-home pay after payroll deductions) | 10,000 | 7,400 |
| Your Cash Advances (List all payroll advances or other advances from work) | NONE | NONE |
| Your Cash Bonuses (List all payments from work in addition to your salary that are not an advance) | NONE | NONE |
| Commissions (List all non-employee earnings as an independent contractor) | '' | '' |
| Business Income (List both monthly gross income and net income after deducting expenses) | '' | '' |
| Interest (List all interest earned each month) | '' | '' |
| Dividends (List all dividends earned each month) | '' | '' |
| Rental Income (List all monthly income received from real estate properties owned) | '' | '' |
| Trust Income (List all trust income earned each month) | '' | '' |
| Alimony/Child Support (List all alimony or child support payments received each month) | '' | '' |
| Social Security (List all payments received from Social Security) | '' | '' |
| Other Government Benefits (List all amounts received from the government not yet reported (e.g., Aid to Families with Dependent Children)) | '' | '' |
| Pensions/Annuities (List all funds received from pensions and annuities each month) | '' | '' |
| Allowances-Housing/Auto/Travel (List all funds received from housing allowances, auto allowances, travel allowances, and any other kind of allowance) | '' | '' |
| Gratuities/Tips (List all gratuities and tips received each month from any and all sources) | '' | '' |
| Spouse/Significant Other Salary/Wages (List all gross and net monthly salary and wages received by your spouse or significant other) | '' | '' |
| Other Joint Spousal Income (List any monthly income jointly earned with your spouse or significant other [e.g., any income from spouse or income from a business owned or operated by the spouse that you have a joint ownership interest in or control]) | '' | '' |
| Income of Others In-House (List all monthly income of others living in the household or the monthly amount actually paid for household bills by these persons) | '' | '' |
| Gifts from Family (List all amounts received as gifts from family members each month) | '' | '' |
| Gifts from Others (List all gifts received from any sources not yet reported) | '' | '' |
| Loans from Your Business (List all loan amounts received each month from all businesses owned or controlled by you) | '' | '' |
| Mortgage Loans (List all amounts received each month from mortgage loans owed to you) | '' | '' |
| Other Loans (List all other loan amounts received each month not yet reported) | '' | '' |
| Other (specify) (List all other amounts received each month not yet reported) | '' | '' |
| TOTALS | 10,000 | 7,400 |

Initials T.C   Date 3-30-2012

GOVERNMENT
EXHIBIT
A-06-CR-069-SS

1

# Tom Clayton Expense Report

Prepared on: March 30, 2012

| Expense Description | Payee Name | Amount | Frequency |
|---|---|---|---|
| Rent | Jorge Zuniga | $1,600.00 | Monthly |
| Health Insurance | Hewitt/Aetna | $1,552.73 | Monthly |
| Natural Gas | CenterPoint Energy | $19 80 | Monthly |
| Internet | Comcast | $86.64 | Monthly |
| Television | Dish Network | $98 80 | Monthly |
| Joshua Car | Credit Union of Texas | $374 42 | Monthly |
| Tom Car | Capital One Auto Finance | $332 15 | Monthly |
| Carly Car | Fairlease | $185 60 | Monthly |
| Gasoline | ExxonMobil MasterCard | $1,657.07 | Monthly |
| Electricity | Reliant Energy | $292 69 | Monthly |
| Car Insurance | Safeco | $113 55 | ($1362 60 Q 6 mos) |
| Entertainment | Various (for disabled wife) | $160.00 | Monthly |
| Cell Phones | Sprint | $195.16 | Monthly |
| Water | WJPA | $36 44 | ($72.88 Q 2 mos) |
| Food/Household Items | Receipts not easily available | $1,377.00 | Monthly |
| Income Taxes (Estimated) | IRS | $1,400 00 | Monthly |
| Medical | Woodlands Internists | $200 00 | |
| Legal | Various attorneys | $300.00 | |
| Total | | $9,982 05 | |