Tom Clayton, MD
202 N Vesper Bend Circle
The Woodlands, Texas 77382

5-24-2012

Mr Derrek Glover
515 Rusk, Suite #2301
P O Box 61207
Houston, Texas 77208-1207

Dear Mr Glover,

I am enclosing my documents for the month of May, 2012   These include the PO form, proof of the minimum fine payment, and a recent employment pay deposit slip to confirm that I am still employed   Being unable to practice radiology until I get my medical license reinstated, I do whatever I can to help the company, including QA (Quality Assurance) reviews, policy and procedures, and anything else that can help the company   This is why the income for 2012 will be reported as $30,000 (the estimated value of those services) and the rest of it is a loan

Until the decision was recently made by the CEO of the company about how much of what they are paying me is a loan, I was just "estimating" a net amount on the PO form, and simply copying it each month because the $10,000 gross salary per month did not change   As an independent contractor (which is how they pay all their doctors), I am responsible for withholding income taxes myself, so I was estimating more than I will really owe just to be on the safe side   I fill out this form myself, as I cannot afford to have the accountant do it

This is why the estimates do not exactly match up with the detailed expenses on the March spreadsheet, and that I was underestimating the actual expenses on the form, but the PO form did not give any room to break things down more precisely   Once again, I was not deliberately misrepresenting anything, just being overly careful in a general sort of way   I knew that the more detailed information (bank statements, etc ) would be giving the exact breakdown, my apologies for causing any confusion   Therefore, the enclosed PO form reflects what is on the spreadsheet in the sense of estimated income taxes and true expenses   But then, as I explained over the phone, I do not do most of this myself anymore, but turn it over to the professionals

I hope that I answered all your financial questions satisfactorily and gave you the additional documents that you needed   In regards to the birthday present for my wife, it was a $400 bracelet that was paid for directly out of the account   I did not incur any credit (debt) for this item   Since it was an expenditure that was less than $500, I was not required to enter it on the monthly probation form at the bottom of page one and did not do so

My wife is completely disabled from a stroke   Physically challenged, she has to sit in a chair and watch TV all day, with only a few dogs for companions   Her life is much different than before the stroke   I have not bought her anything *for over five years*, and wanted to brighten her day, so I did exactly that   The look on her face from being surprised said it all

I trust that this did not violate any of the other fine print requirements on any of the documents I have seen from the government, but if it did, then it was most certainly inadvertent   I am enclosing a corrected copy of the bill payment mechanism that I submitted to you when you visited with me at the house yesterday   As soon as I get my license reinstated, I will be paying off the fine as soon as humanly possible, *before most of my other debts are repaid*   At that time, it should be possible to pay it off much sooner than most of your other clients

Thank you very much for all your professionalism in handling my situation

Sincerely Yours,

*[signature]*
Tom Clayton, MD

GOVERNMENT EXHIBIT
A-06-CR-069-SS
2

# Charles Thomas Clayton

Explanation of bill payment process

1. I have turned over bill paying and finances to my son Joshua, who is a medical student at Southwestern Medical School in Dallas, Texas. I do not have checks but occasionally get money orders to pay bills directly from this account, such as the minimum fine payment
2. Joshua transfers money from my checking account to his account (#6836229838) and pays the bills, which are itemized on the enclosed statements and correlate with the bills themselves
3. The deposits in this account represent the transfers from my account
4. He has access to my account (to transfer the money), but I do not have access to his account (so that he can keep a tight rein on expenditures)
5. He pays on the gas credit card continuously, which is the card used by all three drivers (myself, him, and my daughter Stacy). One reason why the amount is so large on a continuous basis is that I work in Sugarland and live in the Woodlands, which is 65 miles *one way*

_____
Charles Thomas Clayton
5-22-2012