UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 AUG -8 PM 4:38
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. A 06 CR 069(1) SS |
| § | |
| CHARLES THOMAS CLAYTON § | |

### ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING OF DEFENDANT

On the 7th day of August, 2012, came to be heard before the Court the Motion filed by the United States Attorney for the Western District of Texas to revoke the supervised release of the Defendant upon the ground that the Defendant had violated the conditions of supervised release, and came said United States Attorney and the Defendant in person and by counsel, and the Court having considered same finds that said Defendant has violated the conditions of supervised release and that the ends of justice and the best interest of the public will not be served by continuing said Defendant on supervised release, and that said motion should be granted.

IT IS ACCORDINGLY ORDERED by the Court that the term of supervised release included in the Judgment and Sentence imposed on December 15, 2006 is hereby revoked and set aside, and it is now the ORDER and SENTENCE of the Court that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED on each of Counts 1, 2, 3, 4, 5, 6, 7 and 8 with a term of ELEVEN (11) MONTHS and TWENTY-TWO (22) DAYS supervised release to follow on each of Counts 1, 2, 3, 4, 5, 6, 7, and 8 to be served concurrently. All previous conditions of supervision remain the same with the following additional conditions:

The defendant shall cooperate fully with the IRS and satisfy all financial obligations.

The defendant shall answer all inquiries propounded by the United States Probation Officer fully and truthfully and follow all instructions.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

The defendant shall disclose all assets and liabilities to the probation office and shall not transfer, sell, give away, or otherwise convey any asset, without first consulting with the probation office.

The defendant shall not make application for any loan or enter into any credit arrangement without first consulting with the probation office.

The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or other anticipated or unexpected financial gains to the outstanding court ordered financial obligation.

The defendant shall maintain a single checking account in his name. The defendant shall deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. All other bank accounts must be disclosed to the probation office.

The Court further reimposes the remaining balance of the defendant's fine and costs of prosecution.

SIGNED and ENTERED this 8th day of August, 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE