FILED

2013 MAR 14  AM 11: 42

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE No. A-06-CR-069 SS |
| | § | |
| CHARLES THOMAS CLAYTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

CAME ON TO BE CONSIDERED United States' Motion for Extension of Time, and the Court having considered the motion, is of the opinion that the motion should be GRANTED so that the United States will have a minimum of thirty days to investigate Defendant's suitability for early termination from Supervised Release. ~~The Court Orders that a hearing on Defendant's Motion for Early Discharge from Supervised Release is set for _____, 2013.~~

It is further ORDERED that the United States' Motion for Extension of Time be SEALED.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

March 13, 2013

-5-