FILED

2013 JUN 21 PM 3:53

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-     CAUSE NO. A-06-CR-069-SS

CHARLES THOMAS CLAYTON
_____

### ORDER

BE IT REMEMBERED on this day, the Court reviewed and re-reviewed the file in the above-styled matter, and specifically the defendant Clayton's Motion for Early Discharge from Supervised Release [#135] and the response to the same in a sealed filing [#144], and thereafter, enters the following:

IT IS ORDERED that the Motion for Early Discharge from Supervised Release is DENIED.

SIGNED this the 21st day of June 2013.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE

